THE PHŒNIX BRIDGE COMPANY, Respondent, *v.* DANIEL J. CREEM et al., Appellants.

*Phœnix Bridge Co.* v. *Creem,* 102 App. Div. 354, affirmed.
(Argued May 16, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the expense of defending an action brought against the plaintiff, and the amount of a judgment paid in settlement thereof, which judgment was recovered for personal injuries occasioned by defendants' negligence in the performace of certain work sub-contracted to the defendants by plaintiff.

*Robert H. Wilson* for appellants.

*Henry Galbraith Ward* and *George M. Clarke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT and HISCOCK, JJ. Dissenting: CHASE, J. Absent: GRAY and O'BRIEN, JJ.